LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Meghan E. George (SBN 274525)
mgeorge@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, Ca 91367
Telephone:  (877) 206-4721
Facsimile:   (866) 633-0228

Attorneys For Plaintiff
RONALD RIOS

SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Tiffany T. Tran (SBN 294213)
ttran@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO HOLDINGS, INC.

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT

| | |
|---|---|
| RONALD RIOS,<br><br>        Plaintiff,<br><br>    v.<br><br>WINCO HOLDINGS, INC.; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. 5:18-cv-01435-JGB-SP<br><br>**ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Served: June 5, 2018<br>Action Removed: July 5, 2018 |

1
ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE

58049282v.1

## ORDER

In accordance with the Parties' Rule 41 Stipulation For Dismissal With Prejudice, and good cause appearing, the Court hereby approves the Stipulation. IT IS HEREBY ORDERED that the above-mentioned matter is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: July 18, 2019

Honorable Jesus G. Bernal
United States District Court Judge